# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of September, two thousand and fourteen.

Before:        Denny Chin,
                *Circuit Judge*.

_____

Great Lakes Reinsurance (UK) PLC,
   Plaintiff - Counter - Defendant - Appellee,

  v.

CPM Insurance Services, Inc.,
   Third - Party - Defendant - Cross - Claimant - Cross -
   Defendant - Appellant,

JDCA, LLC,
   Defendant - Counter - Claimant - Third - Party -
   Plaintiff - Appellant,

Flatiron Capital, LLC,
   Defendant - Cross - Defendant - Cross - Claimant,

Wells Fargo, N.A., DBA Flat Iron Capital,
   Defendant - Third - Party - Defendant - Cross - Defendant -
   Cross - Claimant,

Continental Agency of Connecticut, Inc.,
   Third - Party - Defendant - Cross - Defendant.

_____

**ORDER**
Docket No. 14-3119 (L);
          14-3198 (con.)

Appellant CPM Insurance Services moves to extend, through 14 days after the district court issues a "comprehensive opinion" referenced in the appealed order, the time in which to file a pre-argument statement, order transcripts, file the record, and take any other required procedural actions.

IT IS HEREBY ORDERED that the motion is GRANTED. Within 14 days of the district court's issuance of the opinion, Appellant shall so inform the Court in writing.

                              For the Court:
                              Catherine O'Hagan Wolfe,
                              Clerk of Court

